IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | |
|---|---|
| LORD CORPORATION, | ) |
| Plaintiff | ) Civil Action No. 5:09-cv-00318-FL |
| v. | ) |
| ACTIVE SHOCK, Inc., ACTIVE SHOCK, LLC d/b/a ACTIVE SHOCK HOLDINGS, and GENERAL KINETICS ENGINEERING CORPORATION | ) |
| Defendants | ) |

**ORDER**

Before the Court is the Parties Second Joint Motion to Stay this case up through and including July 1, 2010.

Having considered the Joint Motion to Stay, and for good cause shown, it is hereby ORDERED that this case be stayed up through and including July 1, 2010 as shown in the revised Joint Discovery Plan set forth in Exhibit A of the Second Joint Motion to Stay.

This the 21st day of June, 2010.

_____
United States District Court
Eastern District of North Carolina