IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

| | | |
|---|---|---|
| LORD CORPORATION, | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 5:09-cv-00318-FL |
| | ) | |
| v. | ) | |
| | ) | |
| ACTIVE SHOCK, Inc., | ) | |
| ACTIVE SHOCK, LLC d/b/a | ) | |
| ACTIVE SHOCK HOLDINGS, and | ) | |
| GENERAL KINETICS ENGINEERING | ) | |
| CORPORATION | ) | |
| | ) | |
| Defendants | ) | |

## ORDER

Before the Court is the Parties Joint Motion to Stay (Third Request) this case up through and including August 1, 2010.

Having considered the Joint Motion to Stay, and for good cause shown, it is hereby ORDERED that this case be stayed up through and including August 1, 2010 as shown in the revised Joint Discovery Plan set forth in Exhibit A of the Joint Motion to Stay (Third Request).

This the 6th day of July, 2010

_____
United States District Court
Eastern District of North Carolina